1  LAW OFFICE OF TODD D. LERAS
2  Todd D. Leras, CA SBN 145666
   428 J Street, Suite 350
3  Sacramento, California 95814
   (916) 504-3933
4  toddleras@gmail.com
   Attorney for Defendant
5  MARCO ANTONIO RAMIREZ ZUNO

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case No.: 2:16-CR-092 JAM

12               Plaintiff,

13  vs.                                    STIPULATION AND [PROPOSED] ORDER
                                           REGARDING CONDITIONS FOR POSTING
14  MARCO ANTONIO RAMIREZ ZUNO,            CORPORATE SURETY BOND

15

16               Defendant.

17

18

19

20

21

22          The parties to this action, Plaintiff United States of America by and through Assistant

23  United States Attorney Matthew Morris, and Defendant Marco Antonio Ramirez Zuno by and

24  through his attorneys Walter Reynoso and Todd D. Leras, stipulate as follows:

25          1.   Defendant Ramirez Zuno's initial appearance in this matter occurred in the United

26               States District Court for the Southern District of Florida.  Following a hearing on

27  ORDER REGARDING PRE-TRIAL
28  RELEASE CONDITIONS

April 20, 2016, United States Magistrate Judge Alicia M. Otazo-Reyes ordered the conditional release of Mr. Ramirez Zuno subject to the posting of a corporate surety bond in the amount of $250,000 and the satisfaction of a source of funds inquiry within the meaning of *United States v. Nebbia*, 357 F.2d 303 (2d. Cir. 1966) (hereafter referred to as "the *Nebbia* condition").   Based on Ramirez-Zuno's waiver of a removal hearing, Magistrate Judge Otazo-Reyes further ordered the matter transferred from the Southern District of Florida to the Eastern District of California.

2.  Defendant Ramirez Zuno thereafter initially appeared in custody in the Eastern District of California before United States Magistrate Judge Edmund F. Brennan on May 5, 2016.  Mr. Ramirez Zuno, by and through lead counsel Walter Reynoso a member of the Florida State Bar appearing *pro hac vice* and assisting local counsel Todd D. Leras, requested adoption of the same corporate surety bond release conditions ordered in the Southern District of Florida along with the General Conditions of Release imposed upon defendants subject to pre-trial supervision in the Eastern District of California.   The United States did not object to the request. Magistrate Judge Brennan tentatively adopted the defense proposal, subject to hearing additional information regarding the express language suggested by the parties as to satisfaction of the conditions for posting of the corporate surety bond.

3.  On May 9, 2016, the parties participated in a conference call before Magistrate Judge Brennan.  Defendant Ramirez Zuno's counsel proposed that the Court expressly require the following conditions be satisfied before Mr. Ramirez Zuno is permitted to post the proposed $250,000 corporate surety bond:

ORDER REGARDING PRE-TRIAL
RELEASE CONDITIONS

a.   Mr. Ramirez Zuno must proffer to the government information regarding the source of funds for the corporate surety bond sufficient to satisfy the *Nebbia* condition.

b.   A motion for release of Defendant Ramirez Zuno on conditions may be set upon joint request of the parties after defense counsel provides the government with information sufficient to satisfy the *Nebbia* condition.

c.   The matter of any Special Conditions of Release to be imposed upon Mr. Ramirez is reserved until such time as further hearing on the motion for release is requested by the parties.

The parties therefore request adoption of the conditions set forth in the preceding three subparagraphs to paragraph 3.  Assistant U.S. Attorney Matthew Morris has reviewed this stipulation and proposed order and authorized Todd Leras to sign it on his behalf.

DATED:  May 9, 2016

By ____Todd D. Leras for_____
MATTHEW MORRIS
Assistant United States Attorney

DATED:  May 9, 2016

By ____/s/ Walter Reynoso and Todd D. Leras_____
Attorneys for Defendant
MARCO ANTONIO RAMIREZ ZUNO

ORDER REGARDING PRE-TRIAL
RELEASE CONDITIONS

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES and as modified below, it is hereby ordered that:

Defendant Ramirez Zuno may be released on pre-trial conditions pursuant to the posting of a $250,000 corporate surety bond subject to the following conditions:

a.   Ramirez Zuno proffers information to government counsel sufficient to satisfy the United States regarding the source of funds for the proposed bond within the meaning of *United States v. Nibbia*, 357 F.2d 303 (2d. Cir. 1966);

b.   The parties <u>may</u> jointly move, following satisfaction of the condition in the preceding paragraph, that the matter be placed before the Court for further hearing; and

c.   <u>Defendant Ramirez Zuno shall remain detained pending a ruling on any such motion and the satisfaction of these conditions</u>

d.   The matter of any additional Special Conditions of Release to be imposed is reserved until such time as a motion for further detention hearing is placed on calendar under the terms of this Order.

DATED:  May  9, 2016

HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

ORDER REGARDING PRE-TRIAL
RELEASE CONDITIONS