LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
MARCO ANTONIO RAMIREZ ZUNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARCO ANTONIO RAMIREZ ZUNO,<br><br>　　　　Defendant. | Case No.: 2:16-CR-092 JAM<br><br>CONFIRMATION OF APPEARANCE OF COUNSEL AND REQUEST TO VACATE STATUS OF COUNSEL HEARING |

　　　　Defendant Marco Antonio Ramirez Zuno (hereafter "Zuno") appeared before Edmund F. Brennan, Chief United States Magistrate Judge, for arraignment on the Indictment in this matter on May 4, 2016. At that time, Attorney Walter A. Reynoso (Florida SBN 52569) made a limited appearance along with the assistance of Todd D. Leras. The matter was set for a status of counsel hearing on May 19, 2016, at 2:00 p.m. before United States Magistrate Judge Kendall J.

APPEARANCE OF COUNSEL
AND REQUEST TO VACATE
STATUS OF COUNSEL HEARING

Newman, along with an initial status conference before United States District Judge John A. Mendez on June 28, 2016.  An appropriate exclusion of time order up to and including June 28, 2016 was entered pursuant to representation of the parties.

  Attorney Todd D. Leras now enters a general appearance in this matter and requests that the Status of Counsel Hearing on May 19, 2016 be vacated.  Attorney Walter A. Reynoso intends to submit an application to appear in this matter *pro hac vice* pursuant to Local Rule 180(b)(2).  An appropriate notice regarding the relationship of multiple counsel will be filed pursuant to Local Rule 131 once Mr. Reynoso's *pro hac vice* application is granted.

              Respectfully submitted,

DATED:  May 18, 2016

            By  /s/ Todd D. Leras
              Attorney for Defendant
              MARCO ANTONIO RAMIREZ
              ZUNO

## ORDER

The Status of Counsel Hearing scheduled for May 19, 2016, at 2:00 p.m., is vacated. The matter remains scheduled for an initial Status Conference before United States District Judge John A. Mendez on June 28, 2016, at 9:15. a.m.

DATED:  MAY 18, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

APPEARANCE OF COUNSEL
AND REQUEST TO VACATE
STATUS OF COUNSEL HEARING