

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

UNITED STATES OF AMERICA
    Plaintiff(s),

            Case No. 2:16-cr-092 JAM

v.

MARCO ANTONIO RAMIREZ ZUNO
    Defendant(s).

  I, Walter Reynoso, attorney for the defendant, Marco Antonio Ramirez Zuno, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed Below.  I am concurrently submitting payment by mail in the amount of $200.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

  My business address is:

| | |
|---|---|
| Firm Name: | The Law Offices of Walter A. Reynoso, P.A. |
| Address: | 2030 S Douglas Road, Suite 214 |
| City: | Coral Gables |
| State: | FL    ZIP Code: 33134 |
| Voice Phone: | (305) 441-8881 |
| FAX Phone: | (305) 441-8756 |
| Internet E-mail: | lawreynoso@aol.com |
| Additional E-mail: | walter@lawreynoso.com |
| I reside in City: | Fort Lauderdale    State: FL |

I was admitted to practice in the <u>Supreme Court of the State of Florida</u> on January 16, 1986. I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I  have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:           <u>Todd Leras</u>

Firm Name:   <u>Law Office of Todd D. Leras</u>

Address:       <u>455 Capitol Mall Ste 802</u>

City:              <u>Sacramento</u>

State:            <u> CA  </u>   ZIP Code: <u> 95814 </u>

Voice Phone: <u>(916) 504-3933</u>

FAX Phone:  <u>(916) 447-2988</u>

E-mail:          <u>toddleras@gmail.com</u>


Dated:   <u>  5/23/16  </u>   Petitioner: <u>s/Walter A Reynoso</u>

**ORDER**

IT IS SO ORDERED.

Dated:  6/2/2016                                    /s/ John A. Mendez
                                                    U. S. DISTRICT COURT JUDGE