HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org


Attorney for Defendant
JUAN CARLOS MONTALBO



                 IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:16-CR-0092 JAM |
| | ) |
|      Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
|        v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| MARCO ANTONIO RAMIREZ ZUNO | ) |
| et al., | ) |
| | ) Date:    June 28, 2016 |
|      Defendants. | ) Time:    9:15 a.m. |
| | ) Judge:   Hon. John A. Mendez |



     It is hereby stipulated and agreed between plaintiff,

United States of America, and defendants, Marco Antonio Ramirez

Zuno, Juan Carlos Montalbo, and Wayne A. York II, that the

status conference scheduled for June 28, 2016, may be continued

to September 20, 2016, at 9:15 a.m.

     The government has provided approximately 5,000 pages of

discovery and has advised counsel that it will soon release

another 1,000 pages.  It is also in the process of collating

several years of emails from multiple addresses but has yet to

1  | determine how to provide this material to counsel.  All agree

2  | that the emails are crucial to an evaluation of the case.

3  |     All counsel therefore need additional time to review

4  | discovery and to pursue investigation before the case is further

5  | scheduled.  They agree that the status conference should be

6  | continued to September 20, 2016, and ask the Court to order time

7  | excluded under the Speedy Trial Act through that date in order

8  | to afford necessary time for effective preparation.  The parties

9  | agree that the interests of justice to be served by a

10 | continuance outweigh the best interests of the defendants and

11 | the public in a speedy trial, and ask the Court to order time

12 | excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

13 |

14 |                                   Respectfully Submitted,

15 |                                   HEATHER E. WILLIAMS
   |                                   Federal Defender

16 |

17 | Dated:  June 22, 2016             /s/ T. Zindel_____
   |                                   TIMOTHY ZINDEL

18 |                                   Assistant Federal Defender
   |                                   Attorney for JUAN CARLOS MONTALBO

19 |

20 | Dated:  June 22, 2016             /s/ T.Z. for T.Leras & W.Reynoso
   |                                   TODD LERAS & WALTER REYNOSO

21 |                                   Attorneys for MARCO RAMIREZ

22 | Dated:  June 22, 2016             /s/ T. Zindel for C. Cannon
   |                                   CHRISTOPHER J. CANNON

23 |                                   Attorney for WAYNE A. YORK II

24 |
   |                                   PHILIP A. TALBERT

25 |                                   Acting United States Attorney

26 | Dated:  June 22, 2016             /s/  T. Zindel for M. Morris
   |                                   MATTHEW G. MORRIS

27 |                                   Assistant U.S. Attorney

28 |

**O R D E R**

The status conference is continued to September 20, 2016, at 9:15 a.m.  The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above.  Time is therefore excluded from the date of this order through September 20, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  June 22, 2016          /s/ John A. Mendez_____
                              HON. JOHN A. MENDEZ
                              United States District Court Judge