CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
737 Tehama St., No. 3
San Francisco, CA  94103
Telephone: 415/362-6252
Facsimile: 415/362-6431

Attorney for Defendant WAYNE YORK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CR 16-0092 JAM (CKD) |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUNG STATUS** <br> ) **CONFERENCE AND EXCLUDING** <br> ) **TIME** |
| WAYNE YORK, II, et al., | ) |
| Defendants. | ) Date: <br> ) Time: <br> ) Judge:  Hon. John A. Mendez |

It is hereby stipulated and agreed between Plaintiff, United States of America, and defendants Wayne York, Marco Antonio Ramirez Zuno and Juan Carlos Montalbo, that the status conference scheduled for September 20, 2016, may be continued to December 13, 2016, at 9:15 a.m.

Although the government has provided approximately 5000 pages of discovery to date, it is still in the process of collating and Bates stamping the results of several email search warrants and has been unable to disclose those materials to the defense.  Hopefully that material will be available next week.

STIPULATION AND (PROPOSED) ORDER
TO CONTINUE STATUS CONERENCE                                                                                   1
CR 16-0092-JAM

All counsel therefore need additional time to review discovery and to pursue investigation before the case is further scheduled. They agree that the status conference should be continued to December 13, 2016, and ask the Court to order time excluded under the Speedy Trial Act through that date in order to afford necessary time for effective preparation. The parties agree that the interests of justice to be served by a continuance outweigh the best interests of the defendants and the public in a speedy trial, and ask the Court to order time excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

Dated: September 13, 2016                    Respectfully submitted,

                                             /s/ Christopher Cannon
                                             CHRISTOPHER J. CANNON
                                             Counsel for Wayne York, II

Dated: September 13, 2016

                                             /s/ C. Cannon for T. Leras  W. Reynoso
                                             TODD LERAS & WALTER REYNOSO
                                             Counsel for Marco Ramirez

Dated: September 13, 2016

                                             /s/ C. Cannon for T. Zindel
                                             TIMOTHY ZINDEL
                                             Assistant Federal Defender
                                             Counsel for Juan Carlos Montalbo

Dated: September 13, 2016                    PHILIP A. TALBERT

                                             Acting United States Attorney

                                             /s/ C. Cannon for Matthew G. Morris
                                             MATTHEW G. MORRIS
                                             Acting U.S. Attorney

STIPULATION AND (PROPOSED) ORDER
TO CONTINUE STATUS CONERENCE                                              2
CR 16-0092-JAM

ORDER

The status conference is continued to December 13, 2016, at 9:15 a.m.  The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the defendants and the public in a speedy trial, and ask the Court to order time excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

IT IS SO ORDERED.

Dated: September 15, 2016            /s/ John A. Mendez

HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND (PROPOSED) ORDER
TO CONTINUE STATUS CONERENCE                                                    3
CR 16-0092-JAM