LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
MARCO ANTONIO RAMIREZ ZUNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCO ANTONIO RAMIREZ ZUNO,<br><br>Defendant. | Case No.: 2:16-CR-092 JAM<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES<br><br>Court: Hon. John A. Mendez<br>Date: August 22, 2017<br>Time: 9:15 a.m. |

The parties to this action, Plaintiff United States of America by and through Assistant

U.S. Attorney Matthew G. Morris and Attorney Todd D. Leras on behalf of Defendant Marco

Antonio Ramirez Zuno request to continue the date presently set for Judgment and Sentencing in

the above-reference matter from June 27, 2017 to August 22, 2017.  Defendant has completed his

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

interview with the assigned probation officer, the probation department has completed the draft Pre-Sentence Report (PSR), but the defense needs additional time to conduct investigation and gather materials in support of its sentencing request. Defendant is a Mexican national apprehended to face the pending charges during a visit to the United States. As a result, much of the potential mitigation evidence is in Puerto Vallarta, Mexico.

The government does not oppose the request and the assigned probation officer is available to appear on the requested date. It is therefore requested that the Court modify its previously-set pre-sentence report disclosure schedule as follows:

1. Informal Objections to Draft Pre-Sentence Report: July 25, 2017;

2. Pre-Sentence Report Date: August 1, 2017;

3. Motion for Correction Date: August 8, 2017; and

4. Reply Date: August 15, 2017.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Matthew Morris has reviewed this proposed order and authorized Todd D. Leras to sign it on his behalf.

DATED: May 25, 2017

By   /s/ Todd D. Leras for
     MATTHEW G. MORRIS
     Assistant United States Attorney

DATED: May 24, 2017

By   /s/ Todd D. Leras
     TODD D. LERAS
     Attorney for Defendant
     MARCO RAMIREZ ZUNO

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

**ORDER**

The Judgment and Sentencing Hearing in this matter is continued to August 22, 2017, at 9:15 a.m.  The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

DATED:  May 25, 2017

                                      /s/ John A. Mendez

                                      United States District Court Judge

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR SCHEDULE