LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
MARCO ANTONIO RAMIREZ ZUNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCO ANTONIO RAMIREZ ZUNO,<br><br>Defendant. | Case No.: 2:16-CR-092 JAM<br><br><br>ORDER TO MODIFY PRE-SENTENCE REPORT DISCLOSURE DEADLINES<br><br><br>Court: Hon. John A. Mendez<br>Date: September 19, 2017<br>Time: 9:15 a.m. |

This matter was set for a sentencing hearing on August 22, 2017. The Court on its own motion issued a minute order (Docket Entry 95) continuing the sentencing hearing to September 19. The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Matthew G. Morris and Attorney Todd D. Leras on behalf of Defendant Marco Antonio Ramirez Zuno request to modify the pre-sentence investigation report schedule to correspond to

ORDER MODIFYING
PSR DISCLOSURE SCHEDULE

the September 19th sentencing date. The assigned probation officer has completed the draft Pre-Sentence Report (PSR), and has prepared but not yet filed a final PSR in response to Defendant's Informal Request for Corrections.

It is therefore requested that the Court modify its previously-set pre-sentence report disclosure schedule as follows:

1. Final Pre-Sentence Report Disclosure Date: August 29, 2017;

2. Motion for Correction Date: September 5, 2017; and

3. Reply Date: September 12, 2017.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Matthew Morris has reviewed this proposed order and authorized Todd D. Leras to sign it on his behalf.

DATED: August 9, 2017

By /s/ Todd D. Leras for
MATTHEW G. MORRIS
Assistant United States Attorney

DATED: August 9, 2017

By /s/ Todd D. Leras
TODD D. LERAS

Attorney for Defendant
MARCO RAMIREZ ZUNO

ORDER MODIFYING
PSR DISCLOSURE SCHEDULE

**ORDER**

The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

DATED: August 14, 2017

                                       /s/ John A. Mendez_____

                                       UNITED STATES DISTRICT COURT JUDGE