LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
MARCO ANTONIO RAMIREZ ZUNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCO ANTONIO RAMIREZ ZUNO,<br><br>Defendant. | Case No.: 2:16-CR-092 JAM<br><br>[PROPOSED] ORDER TO CONTINUE SENTENCING HEARING<br><br>Court: Hon. John A. Mendez<br>Date: November 7, 2017<br>Time: 9:15 a.m. |

This matter is presently set for Defendant's Motion for Release Pending Sentencing [18 U.S.C. § 3141(b)] and a sentencing hearing on September 19, 2017. The Probation Office has filed the final Pre-Sentence Investigation Report (PSR). The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Matthew G. Morris and Attorney Todd D. Leras on behalf of Defendant Marco Antonio Ramirez Zuno require additional

ORDER CONTINUING SENTENCING
HEARING

time to gather information in support of their respective sentencing recommendations.

The parties therefore request to continue the sentencing hearing to November 7, 2017. They further request that the matter remain as set before the Court for hearing on Defendant's Motion for Release Pending Sentencing on September 19, 2017, or in the alternative that the matter be referred for a detention hearing before a magistrate judge.

The assigned probation officer has confirmed her availability for the continued sentencing hearing on November 7, 2017.

The parties further request that the Court adopt the following schedule for filing of sentencing documents:

1. Motion for Correction Date: October 24, 2017; and

2. Reply and Sentencing Memorandum Date: October 31, 2017.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Matthew Morris has reviewed this proposed order and authorized Todd D. Leras to sign it on his behalf.

DATED: September 12, 2017

By   /s/ Todd D. Leras for
    MATTHEW G. MORRIS
    Assistant United States Attorney

DATED: September 11, 2017

By   /s/ Todd D. Leras
    TODD D. LERAS
    Attorney for Defendant
    MARCO RAMIREZ ZUNO

ORDER CONTINUING SENTENCING HEARING

**ORDER**

The sentencing hearing in this matter is continued to November 7, 2017. Defendant's Motion for Release Pending Sentencing remains scheduled for hearing on September 19, 2017 is referred to the duty magistrate judge for hearing on September 19, 2017 at 2:00 p.m.

The Court adopts the motion and sentencing document schedule proposed by the parties.

IT IS SO ORDERED.

DATED: 9/12/2017

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE

ORDER CONTINUING SENTENCING HEARING