FILED
September 19, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>v.<br><br>MARCO ANTONIO RAMIREZ ZUNO,<br><br>　　　　Defendant. | Case No. 2:16CR00092-JAM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __MARCO ANTONIO RAMIREZ ZUNO__ , Case No. __2:16CR00092-JAM__ , Charge __18USC § 1349.F__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　___ Release on Personal Recognizance

　　___ Bail Posted in the Sum of $_____

　　✔ Unsecured Appearance Bond $__250,000.00__

　　___ Appearance Bond with 10% Deposit

　　___ Appearance Bond with Surety

　　___ Corporate Surety Bail Bond

　　✔ (Other)   __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 19, 2017__ at __2:42 pm__ .

　　　　　　　　　　　　　　　By  /s/ Allison Claire/s/ Allison Claire
　　　　　　　　　　　　　　　　　Allison Claire
　　　　　　　　　　　　　　　　　United States Magistrate Judge

Copy 2 - Court