LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
MARCO ANTONIO RAMIREZ ZUNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MARCO ANTONIO RAMIREZ ZUNO,<br><br>　　　　　Defendant. | Case No.: 2:16-CR-092 JAM<br><br><br>ORDER TO CONTINUE SENTENCING HEARING<br><br><br>Court:　Hon. John A. Mendez<br>Date:　February 20, 2018<br>Time:　9:15 a.m. |

   This matter is presently set for a sentencing hearing on November 7, 2017. The Probation Office has filed the final Pre-Sentence Investigation Report (PSR). The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Matthew G. Morris and Attorney Todd D. Leras on behalf of Defendant Marco Antonio Ramirez Zuno require additional time to gather information in support of their respective sentencing

ORDER CONTINUING SENTENCING
HEARING

recommendations. The parties therefore request to continue the sentencing hearing to February 20, 2018.

The assigned probation officer has confirmed her availability for the continued sentencing hearing on February 20, 2018 at 9:15 a.m.

The parties further request that the Court adopt the following schedule for filing of sentencing documents:

1. Motion for Correction Date: February 6, 2018; and

2. Reply and Sentencing Memorandum Date: February 13, 2018.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Matthew Morris has reviewed this proposed order and authorized Todd D. Leras to sign it on his behalf.

DATED: October 24, 2017

By   /s/ Todd D. Leras for
    MATTHEW G. MORRIS
    Assistant United States Attorney

DATED: October 19, 2017

By   /s/ Todd D. Leras
    TODD D. LERAS
    Attorney for Defendant
    MARCO RAMIREZ ZUNO

ORDER CONTINUING SENTENCING HEARING

**ORDER**

The sentencing hearing in this matter is continued to February 20, 2018 at 9:15 a.m. The Court adopts the motion and sentencing document schedule proposed by the parties.

IT IS SO ORDERED.

DATED: 10/24/2017

/s/ John A. Mendez_____

United States District Court Judge

ORDER CONTINUING SENTENCING HEARING