LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
MARCO ANTONIO RAMIREZ ZUNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARCO ANTONIO RAMIREZ ZUNO,<br><br>    Defendant. | Case No.: 2:16-CR-092 JAM<br><br><br>ORDER TO CONTINUE SENTENCING HEARING<br><br><br>Court:   Hon. John A. Mendez<br>Date:    April 10, 2018<br>Time:    9:15 a.m. |

     This matter is presently set for a sentencing hearing on February 20, 2018. The Probation Office has filed the final Pre-Sentence Investigation Report (PSR). The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Matthew G. Morris and Attorney Todd D. Leras on behalf of Defendant Marco Antonio Ramirez Zuno require additional time to gather information in support of their respective sentencing recommendations.

ORDER CONTINUING SENTENCING HEARING

The parties therefore request to continue the sentencing hearing to April 10, 2018.

The assigned probation officer has confirmed her availability for the continued sentencing hearing on April 10, 2018.

The parties further request that the Court adopt the following schedule for filing of sentencing documents:

1. Motion for Correction Date: March 27, 2018; and

2. Reply and Sentencing Memorandum Date: April 3, 2018.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Matthew Morris has reviewed this proposed order and authorized Todd D. Leras to sign it on his behalf.

DATED: February 13, 2018        By  /s/ Todd D. Leras for
                                    MATTHEW G. MORRIS
                                    Assistant United States Attorney

DATED: February 13, 2018        By  /s/ Todd D. Leras
                                    TODD D. LERAS
                                    Attorney for Defendant
                                    MARCO RAMIREZ ZUNO

ORDER CONTINUING SENTENCING
HEARING

**ORDER**

The sentencing hearing in this matter is continued to April 10, 2018. The Court adopts the motion and sentencing document schedule proposed by the parties.

IT IS SO ORDERED.

DATED: February 13, 2018

/s/ John A. Mendez

HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

ORDER CONTINUING SENTENCING HEARING