LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
MARCO ANTONIO RAMIREZ ZUNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARCO ANTONIO RAMIREZ ZUNO,<br><br>    Defendant. | Case No.: 2:16-CR-092 JAM<br><br>ORDER TO CONTINUE SENTENCING HEARING<br><br>Court:    Hon. John A. Mendez<br>Date:    November 13, 2018<br>Time:    9:15 a.m. |

    This matter is presently set for a sentencing hearing on April 10, 2018. The Probation Office has filed the final Pre-Sentence Investigation Report (PSR). The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Matthew G. Morris and Attorney Todd D. Leras on behalf of Defendant Marco Antonio Ramirez Zuno require additional time to gather information in support of their respective sentencing recommendations.

ORDER CONTINUING SENTENCING HEARING

The parties therefore request to continue the sentencing hearing to November 13, 2018. The assigned probation officer has confirmed her availability for the continued sentencing hearing on November 13, 2018.

The parties further request that the Court adopt the following schedule for filing of sentencing documents:

1. Motion for Correction Date: October 30, 2018; and
2. Reply and Sentencing Memorandum Date: November 6, 2018.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Matthew Morris has reviewed this proposed order and authorized Todd D. Leras to sign it on his behalf.

DATED: March 28, 2018　　　　　　　　　　　By　/s/ Todd D. Leras for
　　　　　　　　　　　　　　　　　　　　　　　　MATTHEW G. MORRIS
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

DATED: March 28, 2018　　　　　　　　　　　By　/s/ Todd D. Leras
　　　　　　　　　　　　　　　　　　　　　　　　TODD D. LERAS
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　MARCO RAMIREZ ZUNO

ORDER CONTINUING SENTENCING HEARING

**ORDER**

The sentencing hearing in this matter is continued to November 13, 2018 at 9:15 a.m.

The Court adopts the motion and sentencing document schedule proposed by the parties.

IT IS SO ORDERED

DATED: 3/28/2018

                                          /s/ John A. Mendez_____

                                          United States District Court Judge

ORDER CONTINUING SENTENCING HEARING