1  LAW OFFICE OF TODD D. LERAS
   Todd D. Leras, CA SBN 145666
2  455 Capitol Mall, Suite 802
3  Sacramento, California 95814
   (916) 504-3933
4  toddleras@gmail.com
   Attorney for Defendant
5  MARCO ANTONIO RAMIREZ ZUNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARCO ANTONIO RAMIREZ ZUNO,<br><br>　　　　Defendant. | Case No.: 2:16-CR-092 JAM<br><br>ORDER TO VACATE SENTENCING HEARING AND SET SENTENCING STATUS APPEARANCE<br><br>Court:　Hon. John A. Mendez<br>Date:　December 11, 2018<br>Time:　9:15 a.m. |

　　　　This matter is presently set for a Sentencing Hearing on November 13, 2018. The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Matthew G. Morris and Attorney Todd D. Leras on behalf of Defendant Marco Antonio Ramirez, request to vacate the November 13 Sentencing Hearing. The matter is not presently ready to proceed to sentencing. The parties require additional time to conduct investigation to

ORDER VACATING SENTENCING HEARING

support their respective sentencing recommendations. The parties therefore request to schedule a Sentencing Status Appearance Date on December 11, 2018, at 9:15 a.m., for the purpose of re-setting a Sentencing Hearing.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Matthew Morris has reviewed this proposed order and authorized Todd D. Leras via email to sign it on his behalf.

DATED: November 6, 2018

By /s/ Todd D. Leras for
MATTHEW G. MORRIS
Assistant United States Attorney

DATED: November 6, 2018

By /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
MARCO RAMIREZ ZUNO

## ORDER

The sentencing hearing, presently set for November 13, 2018, is vacated. The matter is set for a Sentencing Status Appearance Date on December 11, 2018, at 9:15 a.m.

IT IS SO ORDERED.

DATED: 11/7/2018

/S/ JOHN A. MENDEZ_____

U. S. DISTRICT COURT JUDGE

ORDER VACATING SENTENCING HEARING