LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
MARCO ZUNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-092 JAM |
| Plaintiff, | |
| vs. | STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING DEFENDANT'S SPECIAL CONDITIONS OF RELEASE |
| MARCO ANTONIO RAMIREZ ZUNO, | |
| Defendant. | |

Defendant Marco Zuno is presently released on special and general conditions pending sentencing following his guilty plea to Conspiracy to Commit Wire Fraud. The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Matthew G. Morris, and Defendant Marco Zuno by and through his attorney Todd D. Leras, stipulate as follows:

1. Following a hearing on a Motion for Bail Review, held on September 19, 2017,

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS

United States Magistrate Judge Allison Claire ordered Marco Zuno released on a $250,000 unsecured bond to the Third Party Custody of his father, Marco Antonio Ramirez, Sr., in the District of Utah (ECF Entry 104). The release order included various special conditions of release, including a curfew and electronic monitoring (Special Conditions 12 and 13 – ECF Entry 105).

2. Mr. Zuno continues to reside with his father in Utah. He has had no reported violations in more than eighteen months of release. He continues to be monitored in the District of Utah under courtesy supervision by Probation Officer Zac McBride. Officer McBride believes that the electronic monitoring and curfew conditions are no longer necessary to ensure Marco Zuno's compliance with his release conditions.

3. The government has had an opportunity to consult with Probation Officer Zac McBride and does not oppose the request for elimination of the electronic monitoring and curfew conditions provided that all other conditions of release remain in full force and effect.

The parties therefore request modification of Mr.Zuno's Special Conditions of Release to eliminate Special Conditions 12 (electronic monitoring) and 13 (curfew). All other special and general conditions of the Release Order signed by Magistrate Judge Claire on September 19, 2017 remain in full force and effect. Assistant U.S. Attorney Matthew Morris has reviewed this Stipulation and Proposed Order and has authorized via email Todd D. Leras to sign it on his behalf.

DATED: April 30, 2019

By  */s/ Todd D. Leras for*
MATTHEW G. MORRIS
Assistant United States Attorney

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS

DATED: April 30, 2019

By    */s/ Todd D. Leras*
      TODD D. LERAS
      Attorney for Defendant
      MARCO RAMIREZ ZUNO

## ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that Special Conditions of Release 12 (electronic monitoring) and 13 (curfew) be eliminated. All other general and special conditions of release imposed by this Court on September 19, 2017 remain in full force and effect.

IT IS SO ORDERED.

DATED: May 1, 2019

                                            ALLISON CLAIRE
                                            UNITED STATES MAGISTRATE JUDGE

ORDER MODIFYING PRE-TRIAL
RELEASE CONDITIONS