MCGREGOR W. SCOTT
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCO ANTONIO RAMIREZ ZUNO,<br><br>Defendant. | CASE NO. 2:16-92-JAM<br><br>STIPULATION TO CONTINUE RESTITUTION HEARING<br><br>DATE: July 21, 2020<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. At the time of sentencing on March 17, 2020, this matter was set for further hearing on restitution on May 19, 2002. The parties previously stipulated to continue the restitution hearing to July 21, 2020.

2. By this stipulation, the parties now move to continue the hearing on restitution until September 15, 2020 at 9:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The sentencing dates of the co-defendants in this case have been continued, in part due to the ongoing COVID-19 pandemic and its effects on the parties and the Court.

    b) The parties continue to believe that more time is needed to resolve the amount of

restitution as to Zuno, particularly questions of the extent to which restitution will be ordered jointly and severally with the co-defendants who have not yet been sentenced.

      c)     There is no Speedy Trial Act concern with a continuance because the defendant has pleaded guilty, and in this case an order of restitution is expected, but the parties are working to determine the correct amount.  See *Dolan v. United States*, 560 U.S. 605, 612 (2010).

      d)     The parties still expect to be able to resolve the outstanding restitution amount without a hearing.

IT IS SO STIPULATED.

Dated:  July 17, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ MATTHEW G. MORRIS
MATTHEW G. MORRIS
Assistant United States Attorney

Dated:  July 17, 2020

/s/ TODD LERAS
TODD LERAS
Counsel for Defendant
MARCO ANTONIO RAMIREZ
ZUNO

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 17th day of July, 2020.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE