1 | MCGREGOR W. SCOTT
United States Attorney
2 | MATTHEW G. MORRIS
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-92-JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING RESTITUTION |
| v. | |
| MARCO ANTONIO RAMIREZ ZUNO, | DATE: November 17, 2020
TIME: 9:30 a.m.
COURT: Hon. John A. Mendez |
| Defendant. | |

The parties stipulate and agree:

That the total restitution owed by defendant Marco Antonio Ramirez Zuno in case 2:16-cr-92 is $1,108,375.59.

That the Judgment and Sentence be amended to order restitution in the amount of $1,108,375.59, to be paid according to the schedule attached as Exhibit A.[1]

That, upon entry of the amended judgment, the restitution hearing currently scheduled for November 17, 2020, be vacated as moot.

///

///

///

---

[1] To comply with the privacy requirements of the Crime Victims' Rights Act, Exhibit A contains the initials of the victims. The parties will provide the probation officer with this Court's standard restitution spreadsheet with the full names and last known addresses of the victims.

STIPULATION RE: RESTITUTION       1

That the restitution amounts listed in Exhibit A will be owed jointly and severally to the extent that the listed co-defendants on Exhibit A are ordered to pay restitution to that same person.

Dated:  November 10, 2020

               McGREGOR W. SCOTT
               United States Attorney

           By:  /s/ MATTHEW G. MORRIS
               MATTHEW G. MORRIS
               Assistant United States Attorney

Dated:  November 10, 2020

           By:  /s/ TODD LERAS
               TODD LERAS
               WALTER REYNOSO
               Attorneys for Marco Zuno

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 16th day of November, 2020.

               /s/ John A. Mendez
               THE HONORABLE JOHN A. MENDEZ
               UNITED STATES DISTRICT COURT JUDGE