# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: **2:16CR00092-1** |
| **MARCO ANTONIO RAMIREZ ZUNO** | Defendant's Attorney: Todd David Leras and Walter A. Reynoso, Retained |

**Date of Original Judgment:** __March 17, 2020__
(Or Date of Last Amended Judgment)

**THE DEFENDANT:**

[✓] pleaded guilty to count __1__ of the Indictment.
[ ] pleaded nolo contendere to count(s) ___, which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud (Class C Felony) | 9/19/2012 | 1 |

The defendant is sentenced as provided in pages 2 through ___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ .
[✓] Count(s) __2 - 22__ are dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[✓] Appeal rights given.    [ ] Appeal rights waived.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**3/17/2020**
Date of Imposition of Judgment

/s/ John A. Mendez
Signature of Judicial Officer

**John A. Mendez**, United States District Judge
Name & Title of Judicial Officer

11/17/2020
Date

AO 245B-CAED (Rev. 09/2019) Sheet 2 - Imprisonment

DEFENDANT: **MARCO ANTONIO RAMIREZ ZUNO**  
CASE NUMBER: **2:16CR00092-1**

Page 2 of 6

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>Time served</u>.

- [✓] No TSR: Defendant shall cooperate in the collection of DNA.

- [ ] The court makes the following recommendations to the Bureau of Prisons:

- [ ] The defendant is remanded to the custody of the United States Marshal.

- [ ] The defendant shall surrender to the United States Marshal for this district
  - [ ] at ___ on ___.
  - [ ] as notified by the United States Marshal.

- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - [ ] before ___ on ___.
  - [ ] as notified by the United States Marshal.
  - [ ] as notified by the Probation or Pretrial Services Officer.

  If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____  
at _____, with a certified copy of this judgment.

_____  
United States Marshal

_____  
By Deputy United States Marshal

DEFENDANT: **MARCO ANTONIO RAMIREZ ZUNO**  
CASE NUMBER: **2:16CR00092-1**

Page 3 of 6

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

**TOTALS**

| Processing Fee | Assessment | AVAA Assessment* | JVTA Assessment** | Fine | Restitution |
|---|---|---|---|---|---|
| | $100.00 | $0.00 | $0.00 | WAIVED | $1,108,375.59 |

[ ] The determination of restitution is deferred until ___ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

[✓] The Court orders the defendant to pay restitution to the victim(s) as outlined in the Restitution Attachment on Sheet 5B.

In addition, the Court gives notice that this case involves other defendants, or may involve other defendants, who may be held jointly and severally liable for payment of all or part of the restitution ordered herein and may order such payment in the future. Such future orders do not increase the amount of restitution ordered against the defendant.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

[ ] Restitution amount ordered pursuant to plea agreement $ ___

[ ] The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[✓] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  [✓] The interest requirement is waived for the    [ ] fine    [✓] restitution

  [ ] The interest requirement for the    [ ] fine    [ ] restitution is modified as follows:

[ ] If incarcerated, payment of the fine is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

[✓] If incarcerated, payment of the restitution is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B-CAED (Rev. 09/2019) Sheet 5B - Criminal Monetary Penalties

DEFENDANT: **MARCO ANTONIO RAMIREZ ZUNO**
CASE NUMBER: **2:16CR00092-1**

Page 4 of 6

## RESTITUTION PAYMENTS

Restitution of $1,108,375.59 to:

| | |
|---|---|
| BERNARD GUTOW<br>SAN CARLOS, CA 94070<br>$26,800.00 | BILL HOSTRAWSER<br>$31,081.60 |
| CHARLENE LEE<br>TROY, MI 48084<br>$13,000.00 | CHRISTINA TOOHEY<br>RENO, NV 89502<br>$15,236.00 |
| CLARKE AND PATRICIA WALKER<br>RUSHVILLE, IN 46173<br>$6,363.00 | CONNIE LAMONT<br>COLBERT, WA 99005<br>$27,000.00 |
| DAVID RENTERIA<br>BELEN, NM 87002<br>$18,236.30 | DONALD JASPERSON<br>MCCALL, ID 83638<br>$31,267.50 |
| DONNA LOHUIS<br>REDDING, CA 96003<br>$64,816.40 | EDWARD ROCHE<br>CONCORD, CA 94521<br>$44,100.00 |
| ERIC TAIT<br>MURRELLS INLET, SC 29576<br>$36,540.00 | FRANK PRITZ<br>LANDISVILLE, PA 17538<br>$26,870.00 |
| GAYLA REITER<br>BENICIA, CA 94510<br>$12,195.20 | JAMEEL HUSSEIN<br>SUNNYVALE, CA 94087<br>$2,188.00 |
| JAMES MCSORLEY<br>BETHESDA, MD 20817<br>$39,000.00 | JAMES PHILLIPS<br>SANTA CLARITA, CA 91390<br>$48,723.60 |
| JANET DUGGINS<br>SEYMOUR, IN 47274<br>$64,725.20 | JON ANDERSEN<br>LAS VEGAS, NV 89135<br>$62,900.74 |
| KATHIE HACKLER<br>DANVILLE, CA 94506<br>$35,270.00 | KIM WALTER<br>LIBERTY LAKE, WA 99019<br>$18,849.00 |
| LAURA EINSTANDIG<br>SCOTTSDALE, AZ 85258<br>$2,743.00 | LAURIE-JO PREDON<br>$9,400.00 |
| LEROY LANGE<br>COUPEVILLE, WA 98239<br>$26,820.00 | LINDA BELOFF<br>TUCSON, AZ 85739<br>$6,497.70 |
| LINDA MCALPINE<br>HAMBURG, NY 14075<br>$11,399.00 | MARGARET AGNELLO<br>NAPLES, FL 34120<br>$37,776.06 |
| NEIL GALLAGHER<br>$40,000.00 | NEIL HANSON<br>KIRKLAND, WA 98034<br>$24,000.00 |
| PENNY CARTER<br>REDDING, CA 96002<br>$28,003.00 | PETER AND KATHERINE LIKEN<br>WEST OLIVE, MI 49460<br>$47,131.50 |
| RICHARD KITCHING<br>PARK RIDGE, IL 60068<br>$26,854.00 | ROGER SHIRLEY<br>BRUSH PRAIRIE, WA 98606<br>$12,193.50 |

AO 245B-CAED (Rev. 09/2019) Sheet 5B - Criminal Monetary Penalties

DEFENDANT: **MARCO ANTONIO RAMIREZ ZUNO**
CASE NUMBER: **2:16CR00092-1**

Page 5 of 6

SCOTT NELSON
GLENVIEW, IL 60025
$44,000.00

SCOTT WANSTED
RANGELY, CO 81648
$52,508.00

STEPHEN STEPHENS
CLINTON TOWNSHIP, MI 48038
$60,958.09

SUSAN DUNNIHOO
SNOHOMISH, WA 98296
$19,929.20

SUZANNA RAN
WEST BLOOMFIELD, MI 48323
$33,000.00

AO 245B-CAED (Rev. 09/2019) Sheet 6 - Schedule of Payments

DEFENDANT: **MARCO ANTONIO RAMIREZ ZUNO**  
CASE NUMBER: **2:16CR00092-1**

Page 6 of 6

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A. [ ] Lump sum payment of $ ___ due immediately, balance due

    [ ] Not later than ___, or

    [ ] in accordance    [ ] C,    [ ] D,    [ ] E, or    [ ] F below; or

B. [✓] Payment to begin immediately (may be combined with    [ ] C,    [ ] D,    or [ ] F below); or

C. [ ] Payment in equal ___ *(e.g. weekly, monthly, quarterly)* installments of $ ___ over a period of ___ *(e.g. months or years)*, to commence ___ *(e.g. 30 or 60 days)* after the date of this judgment; or

D. [ ] Payment in equal ___ *(e.g. weekly, monthly, quarterly)* installments of $ ___ over a period of ___ *(e.g. months or years)*, to commence ___ *(e.g. 30 or 60 days)* after release from imprisonment to a term of supervision; or

E. [ ] Payment during the term of supervised release/probation will commence within ___ *(e.g. 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendants ability to pay at that time; or

F. [ ] Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall pay the following court cost(s):

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States: The Preliminary Order of Forfeiture is hereby made final as to this defendant and shall be incorporated into the Judgment.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.